**UNITED STATES DISTRICT COURT**
**THE DISTRICT MASSACHUSETTS**

| | | |
|---|---|---|
| A.L.M. HOLDING COMPANY and | ) | |
| ERGON ASPHALT & EMULSIONS, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.1:25-cv-10458 |
| | ) | |
| ALL STATES MATERIALS GROUP | ) | |
| INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiffs A.L.M. Holding Company ("A.L.M") and Ergon Asphalt & Emulsions, Inc. ("Ergon") (collectively "Plaintiffs"), for their Complaint against All States Materials Group, Inc. ("ASMG" or "Defendant"), allege as follows:

**NATURE OF ACTION**

1.      This is an action for patent infringement under the patent laws of the United States, 35. U.S.C. § 100 et seq., including 35 U.S.C. § 271, arising from Defendant's actions, including making, using, selling, and/or offering for sale one or more products or methods in violation of U.S. Patent Nos. 10,214,646, 7,815,725, 9,394,652, 7,981,466, 8,734,581, and 9,175,446.

2.      Certain of the asserted patents claim paving compositions and methods using "warm mix" paving compositions that are produced and compacted at reduced temperatures compared to the production and compaction temperatures required for conventional "hot mix" paving compositions. Because warm mix paving compositions are produced, laid down, and compacted at significantly lower temperatures than hot mix paving compositions, the inventive warm mix paving compositions have several advantages over hot mix paving compositions. These

1

advantages include reduced energy consumption, reduced emissions and odors, safer working conditions, quicker reopening of new and repaired roadways, reduced thermal aging of the asphalt binder, and improved pavement life. The inventive warm mix technology has revolutionized the asphalt paving industry.

3.    Other of the asserted patents claim paving compositions and methods using additives that permit the paving and compaction of said compositions at or around warm mix paving temperatures, while further claiming the production of such compositions at or around hot mix temperatures, facilitating longer transit times and paving in colder climates where a larger decrease in temperature between mixing and paving may be desirable.

4.    Defendant makes, imports, distributes, advertises, offers to sell, and sells additives specifically designed and marketed to be used to make infringing warm mix paving compositions and induce their infringing uses. Defendant further makes, sells, offers to sell, and uses infringing paving compositions in the United States.

## THE PARTIES

5.    A.L.M. is a Wisconsin corporation with a principal place of business at 920 10th Avenue North, Onalaska, Wisconsin 54650. A.L.M. is a holding company of various businesses, including Mathy Construction Company, which is a family-owned asphalt contractor and major supplier of aggregates used for road construction asphalt highway and construction projects throughout the Midwest. A.L.M. is a national leader in industry research and development of sustainable products and green technologies, including intellectual property co-owned by A.L.M. and Ergon.

6.    Ergon is a Mississippi corporation with a principal place of business at 2829 Lakeland Drive, Jackson, Mississippi 39232, and is part of a family of businesses within Ergon,

Inc., which is a family-owned business focused on petroleum products, transportation, and construction. Ergon makes and markets asphalt products and has become one of the largest asphalt marketers in North America. Ergon is also a national leader in asphalt industry research and development, including intellectual property co-owned by A.L.M. and Ergon.

7.     All States Materials Group Inc. is a Massachusetts corporation with a principal place of business at 11 Interstate Drive, Suite 301, West Springfield, MA and an additional operations headquarters in Sunderland, MA.

## JURISDICTION AND VENUE

8.     This is an action for infringement of U.S. Patent No. 7,815,725 (the "'725 Patent"), U.S. Patent No. 7,981,466 (the "'466 Patent"), U.S. Patent No. 9,394,652 (the "'652 Patent"), U.S. Patent No. 10,214,646 (the "'646 Patent"), U.S. Patent No. 8,734,581 (the "'581 Patent"), and U.S. Patent No. 9,175,446 (the "'446 Patent").

9.     This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

10.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

11.    The Court has personal jurisdiction over ASMG because its principal place of business is in this district and it resides in this district.

12.    This Court further has personal jurisdiction over ASMG because, on information and belief, it has committed acts of infringement in this district as described herein.

13.    Venue is proper in this district because defendant is incorporated in this district.

14.    Venue is also proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims alleged in this Complaint were committed by ASMG in this district.

## BACKGROUND

## Asserted Warm Mix Patents - U.S. Patent Nos. 7,815,725, 7,981,466, 9,394,652, and 10,214,646

15.     On October 19, 2010, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 7,815,725 (the "'725 Patent") entitled "Warm Asphalt Binder Compositions Containing Lubricating Agents."

16.     On July 19, 2011, the USPTO duly and legally issued U.S. Patent No. 7,981,466 (the "'466 Patent") entitled "Warm Mix Asphalt Binder Compositions Containing Lubricating Additives."

17.     On July 19, 2016, the USPTO duly and legally issued U.S. Patent No. 9,394,652 (the "'652 Patent") entitled "Warm Mix Asphalt Binder Compositions Containing Lubricating Additives."

18.     On February 26, 2019, the USPTO duly and legally issued U.S. Patent No. 10,214,646 (the "'646 Patent") entitled "Warm Mix Paving Composition w/ Lubricating Antistrip Additive."

19.     A.L.M. and Ergon are joint owners of all rights, title, and interest in and to the '725, '466, '652, and '646 Patents, collectively referred to as the "Asserted Warm Mix Patents."

20.     The '725 Patent relates to and claims asphalt paving compositions containing a lubricating additive. Among other things, the claimed compositions are produced at and are at a warm mix temperature at least 30° F lower than a comparison temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

21.     The '466 Patent is a divisional of the '725 Patent and relates to and claims methods of making bituminous (*viz.,* asphalt) paving containing a lubricating additive, methods of making

4

warm mix paving compositions containing a lubricating additive, methods of forming a paved surface using a warm mix paving composition containing a lubricating additive, and a paving process using a warm mix paving composition containing a lubricating additive. Among other things, the claimed compositions are produced or mixed at warm mix temperatures as further defined in the '466 Patent claims.

22.    The '652 Patent is a continuation of patents stemming from the '466 and ultimately '725 Patents and relates to and claims warm mix asphalt paving compositions containing recycled asphalt pavement.

23.    The '646 Patent is a continuation of patents stemming from the '466 and ultimately '725 Patents and relates to and claims warm mix asphalt paving compositions containing a lubricating antistrip additive.

24.    Prior to the invention of the Asserted Warm Mix Patents, attempts to achieve warm mix asphalt had numerous drawbacks and deficiencies. Such methods and compositions required the step of foaming with water and/or the addition of viscosity reducing additives such as wax at 1.5% or higher, water-containing materials such as zeolites, wet sand or other substances, which were added to the aggregate asphalt binder mixture. The use of these substances had limited use in cold weather and long-haul time applications. Moreover, such prior methods and additives required significant modification to the asphalt mix plant, and further undesirably altered the temperature grade of the asphalt binder itself.

25.    The claimed inventions solved these drawbacks by offering improved ease of use and temperature reduction, thereby allowing for an extended paving season, reduced energy, and cost savings. The Asserted Warm Mix Patents disclose that the claimed lubricating additives allow coating of aggregate and compaction of asphalt compositions at 30 °F or more lower (*viz.*, 16.7 °C

or more lower) than similar mixtures that do not have the additive, and increase the ease of coating and compaction. Use of the claimed chemical additive to create a warm mix asphalt composition in a functionally dry, essentially water-free, non-foamed asphalt binder, according to the patented inventions, also avoids the need for costly modifications at the asphalt mix plant, such as those required by prior methods of attempting warm mix asphalt. Lubricating surfactants according to the claimed invention also do not alter the temperature grade of the asphalt binder, in contrast to wax-based warm mix technologies.

26.    The claimed processes and compositions were breakthrough technology in the industry when they were first disclosed in late 2007. The technology embodied in the Asserted Warm Mix Patents continues to represent the most efficient and effective technology for warm mix asphalt today.

27.    On April 1, 2013, and following examination by the USPTO in two consolidated *ex parte* reexaminations which had been separately filed by third-party requestors ArrMaz Custom Chemicals ("ArrMaz") and Sasol Wax GmbH, the USPTO affirmed the patentability of claims 1-18 of the '725 Patent (as amended), determined the patentability of claims 19-52 (as newly added), and issued Ex Parte Reexamination Certificate US 7,815,725 C1 for the '725 Patent.

28.    On March 3, 2015, and following examination by the USPTO in an additional *ex parte* reexamination filed by third-party requestor Akzo Nobel Surface Chemistry, LLC ("Akzo"), the USPTO affirmed the patentability of claims 1-52 of the '725 Patent and issued Ex Parte Reexamination Certificate US 7,815,725 C2 for the '725 Patent.

29.    Copies of the '725 Patent and its US 7,815,725 C1 and US 7,815,725 C2 Reexamination Certificates are attached hereto as Exhibit 1.

30.    On February 19, 2015, and following examination by the USPTO in an *ex parte*

reexamination request filed by third-party requestor Akzo, the USPTO affirmed the patentability of claims 1-26 of the '466 Patent and issued Ex Parte Reexamination Certificate US 7,781,466 C1 for the '466 Patent.

31.    Copies of the '466 Patent, its Certificate of Correction and its US 7,781,466 C1 Reexamination Certificate are attached hereto as Exhibit 2.

32.    The '725 Patent is valid and enforceable and has been successfully litigated as discussed below.

33.    The '466 Patent is valid and enforceable and has been successfully litigated as discussed below.

34.    The '652 Patent is valid and enforceable, and a copy is attached hereto as Exhibit 3.

35.    The '646 Patent is valid and enforceable, and a copy is attached hereto as Exhibit 4.

**Asserted Hot Mix / Warm Laid Patents – U.S. Patent Nos. 8,734,581 and 9,175,446**

36.    On May 27, 2014, the USPTO duly and legally issued U.S. Patent No. 8,734,581, entitled "Processing Bituminous Mixtures for Paving at Reduced Temperatures."

37.    A copy of the '581 Patent is attached hereto as Exhibit 5.

38.    The '581 Patent relates to and claims a bituminous (*viz.*, asphalt) paving process which comprises mixing an asphalt binder, aggregate, and a lubricating additive at a temperature greater than 160℃ to form a bituminous mix and compacting the bituminous mix at a second temperature less than 130℃.

39.    On November 3, 2015, the USPTO duly and legally issued U.S. Patent No. 9,175,446, entitled "Processing Bituminous Mixtures for Paving at Reduced Temperatures."

40.    A copy of the '446 Patent is attached hereto as Exhibit 6.

41.    The '446 Patent relates to and claims a bituminous (*viz.*, asphalt) paving process which comprises mixing an asphalt binder, aggregate, and a lubricating additive at a temperature greater than 160℃ to form a bituminous mix, hauling the bituminous mix to a paving site, and compacting the bituminous mix at a second temperature less than 130℃.

42.    As described in the '581 and '446 Patents (the "Asserted Hot Mix Warm Laid Patents"), in certain instances it may be desirable to prepare bituminous paving materials at, near, or in excess of temperatures used for hot mix asphalt, but to pave and compact the paving mixture at lower temperatures, for a number of reasons. For example, such a process can broaden the range of paving and production conditions, allow for increased transportation times, longer working times, or a greater range of application temperatures, and thereby provide improvements in production and paving processes compared to other hot and warm mix processes.

43.    A.L.M. and Ergon are joint owners of all rights, title, and interest in and to the '581 and '446 Patents.

44.    The '581 Patent is valid and enforceable.

45.    The '446 Patent is valid and enforceable.

46.    As used herein, the Asserted Hot Mix Warm Laid Patents and Asserted Warm Mix Patents will collectively be referred to as the "Asserted Patents."

**The Original License to Ingevity**

47.    Effective January 1, 2008, A.L.M. and Ergon granted a royalty-bearing, worldwide license under and to several patent families (including the patent family that resulted in the Asserted Warm Mix Patents, and by later agreement of the parties under the Improvement Patent Rights provisions in the license, the patent family that resulted in the Asserted Hot Mix Warm

Laid Patents), to MeadWestvaco Corporation ("MWV"). MWV was a manufacturer and seller of asphalt additives, including its Evotherm® line of warm mix additives which were made and sold under the license. The MWV license was exclusive subject to certain rights reserved by A.L.M. and Ergon. The MWV license provided various rights to MWV under and to the patents-in-suit, including but not limited to the right to grant sublicenses to third parties, and the right to assign or otherwise transfer MWV's license to a third party in connection with certain transfers of MWV's assets or voting stock, or in connection with MWV's merger, consolidation or reorganization.

48.     In 2015, MWV formed WestRock Company ("WestRock") in a merger of MWV with RockTenn Company. In 2016, WestRock formed Ingevity Corporation ("Ingevity") as a spinoff standalone company involved in the specialty chemicals businesses, including asphalt additives, formerly handled by MWV and WestRock. Due to the above-mentioned transfer provision, Ingevity replaced MWV as the exclusive licensee of the patented technology, with, among other rights, the right to grant sublicenses. Ingevity continues to market and sell Evotherm® additives throughout the world.

49.     Under the terms of this license, the license grant included, among other things, the right to make, use, sell, offer for sale, and/or import the inventions claimed in each of the Asserted Patents.

50.     Ingevity makes and sells warm mix additive products that compete with the Zydex products discussed herein in the same and/or overlapping markets for the same and/or overlapping end-user customers.

**The Prior Resolved Litigation**

51.     In 2013, A.L.M., Ergon and MWV sued Akzo for infringement of the '725 and '466 Patents in the United States District Court for the District of Delaware, Civil Action No. 13-CV-

1069-GMS.

52.    In 2013, A.L.M., Ergon, and MWV also sued ArrMaz for infringement of the '725 and '466 Patents in the United States District Court for the District of Delaware, Civil Action No. 13-CV-1070-GMS.

53.    The two lawsuits were consolidated for pre-trial purposes, including claim construction.

54.    After extensive claim construction briefing and argument, in an order dated and filed on November 5, 2014, U.S. District Court Judge Gregory M. Sleet construed the disputed claim terms of the '725 and '466 Patents.

55.    In August 2015, and prior to trial, defendant ArrMaz agreed to take a royalty bearing sublicense from MWV under the 7,815,725, 7,981,466, 8,734,581, and 9,175,446 Patents (or the applications ultimately resulting in said patents).

56.    In October 2015, and prior to trial, defendant Akzo agreed to take a royalty bearing sublicense from MWV under the same patents or applications.

57.    On information and belief, the licensed asphalt additives sold by Ingevity, ArrMaz Products Inc. (a successor to ArrMaz now owned by Arkema), and Nouryon (a successor to Akzo) collectively represent the largest-selling warm mix additives in the U.S.

**The Amendment License Agreement**

58.    On January 13, 2025, an amendment to the license agreement with Ingevity was entered, modifying the original license agreement discussed above (the "Amendment Agreement").

59.    Pursuant to the Amendment Agreement, Ingevity's license was modified such that, within the United States, Canada, and Mexico ("NAFTA"), Ingevity was no longer the holder of

an exclusive license to the Asserted Patents, but rather a **_non-exclusive_** license. The sublicenses granted by MWV to ArrMaz and Akzo remained in force and effect. Plaintiffs ALM and Ergon obtained the right to "grant to any unlicensed third parties a nonexclusive license or sublicense within NAFTA", the terms of which "will be determined by Licensors [ALM and Ergon]." Pursuant to the Amendment Agreement, ALM and Ergon are the only entities with the right to grant future licenses or sublicenses to the Asserted Patents within NAFTA. Ingevity has no right to grant future sublicenses within NAFTA.

60.    Moreover, pursuant to the Amendment Agreement, Ingevity transferred, and ALM and Ergon obtained, "to the full extent of Ingevity's current rights under the [original] Agreement, all of Ingevity's rights to enforce all or any portion of the Patent Rights against any unlicensed third parties, including the rights to sue, collect, and pursue past damages for any infringement of such Patent Rights by such unlicensed third parties."

61.    Thus, Plaintiffs possess all necessary rights to confer Constitutional standing to sue for infringement of the Asserted Patents.

**Zydex – The Manufacturer of the ZycoTherm Products Sold and Used by Defendant**

62.    Zydex claims to be a specialty chemicals company offering an array of chemical technologies for the textile, agriculture, pavement, and construction industries.[1]

63.    According to Zydex, engineers around the world are "looking to adopt technologies that can help realize perpetual pavements at an economical cost" and that in furtherance of that effort, Zydex provides technology that allows road asphalt mixtures to be used in extreme climatic conditions.[2]

---

[1] https://zydexgroup.com/us (Exhibit 7)
[2] https://zydexgroup.com/us/perpetual-pavement/ (Exhibit 8)

64.     As part of these offerings, Zydex advertises, or has advertised, at least five products as part of its ZycoTherm line of products – ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, Zycotherm LS (collectively with any other products used or advertised in a substantially similar manner "the ZycoTherm line of products" or the "ZycoTherm additives").

65.     Zydex's ZycoTherm line of products are advertised as warm mix additives, which have "been used to produce upwards of 50 million tons of asphalt."[3]

66.     According to Zydex, the ZycoTherm additives enable "lower production and compaction temperatures during paving," and the ZycoTherm SP and SP2 additives "allow a reduction in mixing temperature (up to 30℃) and compaction temperatures (by 30-40℃)," making them "an environmentally friendly warm-mix additive."[4] On information and belief, the remainder of the ZycoTherm line of products are similarly advertised and so functional.

67.     Elsewhere, Zydex advertises its ZycoTherm line of products as enabling "temperature reduction up to 30°C (60°F), during mix production and field compaction", which it states is because "ZycoTherm forms a permanent chemical bond with the aggregate and improved adhesion to bitumen", as opposed to the "weak physical bond between the aggregate and bitumen" formed by "conventional antistrips".[5] These statements are repeated through ZycoTherm promotional materials, including in YouTube videos advertising ZycoTherm's ability to enable said "temperature reduction up to 30°C (60°F), during mix production and field compaction," and that "[c]onsistent and easy compaction can be achieved up to temperatures of 98°C (210°F), thereby enabling longer hauls and cold climate paving.[6]

---

[3] https://zydexgroup.com/us/bitumen-additive/ (Exhibit 9)
[4] https://zydexgroup.com/us/bitumen-additive/ (Exhibit 9)
[5] Exhibit 10, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[6] https://m.youtube.com/watch?feature=shared&v=ZUgqmbTitiQ (Exhibit 11)

68.    According to Zydex, this results in production temperatures "to as low as 135 °C (275 °F)", and "consistent and easy compaction can be achieved up to temperatures of 98 °C (210 °F), thereby enabling longer hauls and cold climate paving," as stated in the Zydex promotional material shown below:



and in Exhibit 10.

69.    Zydex specifically advertises these products for their ease of use, noting that they can "easily be added either at the terminal, in the storage tanks, or blended in-line at the hot mix plant" and that they provide for "EXCELLENT COMPACTION IN COLD CLIMATES".[7] A diagram provided by Zydex depicting blending methods for adding its ZycoTherm line of additives to asphalt mixtures is shown below:

---

[7] https://zydexgroup.com/us/bitumen-additive/ (Exhibit 9)



and in Exhibit 10.

70.     According to the Zydex website, "ZycoTherm is a next generation antistrip additive with the additional benefit of warm mix asphalt (WMA)", providing "superior coating and wetting attributes" and "excellent warm mix asphalt benefits", with the above-mentioned production temperatures "as low as 135 °C (275 °F)", and "Consistent and easy compaction" "up to temperatures of 98 °C (210 °F)".[8]

71.     ZycoTherm consequently is what is referred to in the asphalt industry as an "antistrip" or "antistripping" agent or additive, and also is what is referred to in the industry as a "warm mix additive".

72.     On information and belief, Zydex personnel have also stated that "ZycoTherm-SP

---

[8] Exhibit 10, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at
https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf

is a great anti-strip and a good WMA" and that ZycoTherm SP2 "is a whole other animal in terms of performance, not only as a LASA, but as a WMA", with the term "LASA" referring to liquid antistrip additives.

73.    ZycoTherm SP and SP2 are consequently both what is referred to in the asphalt industry as "antistrip" or "antistripping" agents or additives, and also what is referred to in that industry as "warm mix additives".

74.    On information and belief, Zycotherm LS and Zycotherm EZ are functionally similar to Zycotherm, Zycotherm SP, and Zycotherm SP2, and each product within the ZycoTherm line of products has been marketed in a similar manner as a warm mix additive. Zycotherm LS has been approved as a warm mix additive by the Colorado Department of Transportation.[9] According to Zydex marketing materials, Zycotherm EZ "allows lower mixing temperatures (by 10-15 °C) and lower compaction temperatures (by 30-40 °C), making ZT-EZ an environment friendly warm mix, warm compaction additive."

75.    According to a Zydex "ZycoTherm™ Material Safety Data Sheet" (MSDS) dated April 23, 2013, ZycoTherm contains "hydroxyalkylalkylsilyl compounds 65-70%, benzyl alcohol (CAS # 100-51- 6) 25-27%, and ethylene glycol (CAS # 107-21-1) 3-5%".[10] Also, according to a Zydex "ZycoTherm-SP™ Safety Data Sheet" (SDS) dated 6/2018, ZycoTherm SP contains "alkoxyalkylsilyl compounds 39-41%, benzyl alcohol (CAS # 100-51-6) 58-60%, and ethylene glycol (CAS # 107- 21-1) 1-2%".[11] On information and belief, Zydex personnel have said that SP "and other blends of ZycoTherm have all utilized the same silane chemistry and components.  The

---

[9] https://www.codot.gov/business/apl/documents/non-standard-asphalt-mix-approvals/2024/martin-marietta-zycotherm-sp-sp2-ls-approval-05-16-2024.pdf (Exhibit 12)
[10] Exhibit 13, Zydex Material Safety Data Sheet, ZycoTherm, April 23, 2013
[11] Exhibit 14, Zydex Material Safety Data Sheet, ZycoTherm SP, June 20, 2018

ratios have been modified over the years to help make the product more user friendly in both the field and the lab," and that ZycoTherm SP2 "is still a silane, but the molecules along with the carriers have been modified. In essence, its basically ZycoTherm-SP on steroids."

**Defendant's Advertisement, Sale, and Use of the ZycoTherm Products**

76.    Zydex sells its ZycoTherm additives through its own subsidiaries as well as through a network of authorized distributors in the United States. These subsidiaries and distributors, in turn, then either provide paving services themselves utilizing warm-mix asphalt compositions containing the ZycoTherm additives, or contract with third parties to do so. Such paving services are used for, among other things, state department of transportation projects and residential and commercial paving services, in accordance with Zydex promotional guidelines and state DOT criteria.

77.    Defendant ASMG is one such distributor.

78.    On information and belief, ASMG is the largest distributor of the ZycoTherm line of products in the United States. ASMG distributes ZycoTherm products into more than 40 states nationwide, and for many, ASMG is the exclusive distributor.

79.    According to ASMG's website, ASMG began as a business specializing in liquid asphalt product transportation and application.[12]

80.    Over time, ASMG expanded its operations to include the production of asphalt emulsions and operation of asphalt distribution terminals, in addition to asphalt transportation and paving services.[13]

81.    ASMG purports to offer asphalt preparation services at both hot-mix temperatures,

---

[12] https://asmg.com/history/ (Exhibit 15)
[13] https://asmg.com/history/ (Exhibit 15)

as well as at lower temperatures. Its services are offered throughout the country, including at least Massachusetts, Maine, Connecticut, New York, Rhode Island, New Hampshire, Pennsylvania, Delaware, New Jersey, Vermont, West Virginia, Kentucky, Missouri, Nebraska, Kansas, Utah, Arizona, Nevada, and California.[14, 15, 16]

82.     ASMG specifically advertises the ZycoTherm line of products, including ZycoTherm SP and SP2 as "warm mix additives", which it describes as allowing producers of hot-mix asphalt, such as themselves, to mix and lay down asphaltic materials at lower temperatures.[17]

83.     ASMG advertises that through the use of such additives, reductions of up to 85°F have been documented.[18]

84.     ASMG further advertises benefits of the ZycoTherm line of products, including decreased fuel consumption, reduced emissions, the ability to haul paving mix for longer distances, an extension of the paving season, and the ability to pave at lower temperatures.[19]

85.     ASMG's website contains a detailed promotional brochure, further touting the benefits of the ZycoTherm line of products and its warm mix capabilities. This material notes that "ZycoTherm is an organosilane based liquid anti-strip (LAS) additive which provides the additional benefit of traditional warm mix asphalt (WMA). ZycoTherm allows for the complete chemical bonding of asphalt binder to aggregates at significantly lower dosage rates compared to similar LAS products. The typical dosage rate of ZycoTherm is between 0.03% and 0.1%. It is compatible with all aggregate types and provides for improved adhesion of the binder to the

---

[14] https://asmg.com/history/ (Exhibit 15)
[15] https://asmg.com/division/asphalt-binder-additives/warm-mix-additives/ (Exhibit 16)
[16] https://asmg.com/division/construction-materials/cold-mix-asphalt/ (Exhibit 17)
[17] https://asmg.com/division/asphalt-binder-additives/warm-mix-additives/ (Exhibit 16)
[18] https://asmg.com/division/asphalt-binder-additives/warm-mix-additives/ (Exhibit 16)
[19] https://asmg.com/division/asphalt-binder-additives/warm-mix-additives/ (Exhibit 16)

aggregate. ZycoTherm enables temperature reductions up to 60°F (30°C) during mix production and field compaction, and provides the benefits of chemical bonding, complete coating, and consistent compaction."[20]

86.    ASMG further advertises that the ZycoTherm line of products offers "Complete Coating" and "Consistent Compaction", and that "ZycoTherm provides excellent warm mix asphalt benefits and reduces production temperatures to as low as 275°F (135°C). Consistency and ease of compaction can be achieved up to temperatures of 210°F (98°C) thereby enabling longer hauls and cold climate paving."[21]

87.    These advertising statements are contained in ASMG's own publications, bearing the All States Materials Group name and trademark registration symbol.

88.    On information and belief, ASMG manufactures asphalt utilizing the ZycoTherm line of products at warm mix temperatures and/or compacts asphalt utilizing the ZycoTherm line of products, itself, in addition to contracting with third party contractors to conduct such work at ASMG's direction.

89.    On information and belief, state departments of transportation are key end users of Zydex's ZycoTherm line of additives provided by ASMG, utilizing them as a warm-mix additive in hundreds of thousands of tons of warm mix asphalt produced and placed on state DOT highways. To be utilized by these state DOT's, additives must be specifically approved as warm mix additives, and must meet defined criteria, including prior use and temperature criteria set forth by those state agencies.

90.    Zydex's ZycoTherm line of products have been approved as warm mix asphalt

---

[20] https://asmg.com/wp-content/uploads/2024/03/ZycoTherm-2024.03.08-1.pdf (Exhibit 18)
[21] https://asmg.com/wp-content/uploads/2024/03/ZycoTherm-2024.03.08-1.pdf (Exhibit 18)

additives in numerous states, including at least Kansas, New York, Arizona, California, and Pennsylvania (among others), and have been utilized for the production of warm mix asphalt at temperatures at least 30°F lower than that permitted by asphalt mixtures not containing said additives, including temperatures of 280°F or lower. Each of these states are states that ASMG advertises that it provides warm mix asphalt services utilizing the ZycoTherm line of products in, and for many, ASMG is the authorized distributor of such products according to state publications.

91.    Indeed, in some instances, ASMG has specifically petitioned the state department of transportation to accept the ZycoTherm line of products as approved warm-mix additives, encouraged by and in reliance on Zydex's marketing statements and promotional activity.

92.    For example, Rick Bird of ASMG petitioned the Arizona Department of Transportation to include ZycoTherm as an approved WMA additive for use with Arizona Department of Transportation projects, and specifically touted many alleged benefits of the ZycoTherm additives.

93.    Governmental agencies such as the Arizona DOT differentiate between approval of the ZycoTherm line of products solely as an antistrip agent, and as a warm-mix additive in addition to antistrip properties, and require specific approval for the additive to be included for use in projects conducted at warm mix temperatures.

94.    By way of a non-limiting example, ZycoTherm SP and ZycoTherm SP2 are each approved as warm mix asphalt additive technologies by the Arizona State Department of Transportation.[22] According to the Arizona DOT criteria, "warm mix asphalt" is defined as

---

[22] Exhibit 19, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf

asphaltic concrete that is produced within the temperature range of 215 to 275°F."[23] And in order to be approved as warm mix additives, the additives "must be a recognized WMA technology with successful projects constructed nationally, with production of at least 100,000 tons of WMA produced and placed on State DOT highways."[24] Thus, the inclusion of ZycoTherm SP and ZycoTherm SP2 as approved warm mix technologies for projects with the Arizona DOT demonstrates that each has been used to produce at least a hundred thousand tons of WMA – asphalt produced at or below 275°F.

95.     Both ZycoTherm SP and ZycoTherm SP2 are also authorized warm mix asphalt additive technologies by the California Department of Transportation ("CalTrans"). According to the CalTrans website and publicly available materials, ASMG is the authorized supplier for such materials. [25]

96.     ASMG's status as the supplier of ZycoTherm SP and ZycoTherm SP2 on the CalTrans website leads to the reasonable inference that ASMG is the entity that petitioned CalTrans to approve ZycoTherm SP and ZycoTherm SP2 as warm mix asphalt technologies.

97.     Pursuant to CalTrans criteria, Warm mix asphalt technologies are defined as those that allow production plants to produce asphalt at temperatures of 45 to 85 degrees Fahrenheit lower than traditional mixing temperatures.[26]

98.     In order to be approved as a WMA technology by CalTrans, the supplier, which in this case would be ASMG, is required to provide CalTrans with, among other things, "A summary

---

[23] Exhibit 20, Arizona DOT Policy and Procedures Directive, accessed at https://apps.azdot.gov/files/materials-manuals/Policy-Procedure-Directives/ppd23.pdf
[24] Exhibit 19, Arizona DOT Approved Technologies, accessed at https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf
[25] Exhibit 21, https://mets.dot.ca.gov/aml/WarmMixAsphaltTechnologiesList2.php
[26] Exhibit 22, https://dot.ca.gov/-/media/dot-media/programs/construction/documents/policies-procedures-publications/construction-manual/sec4-39.pdf

of laboratory testing results, including tabulated mix properties, mix production details, and tabulated laboratory test results comparing the HMA and WMA supported by plots where appropriate. The results must provide evidence that the WMA mix performs equal to or better than the HMA control mix. Tests can be undertaken on specimens removed from a road or prepared in a laboratory."[27]

99.    CalTrans also requires at least the following laboratory tests[28]:

- "Rutting performance (AASHTO T-320 [Repeated Simple Shear Test], AASHTO TP 63-03 [Asphalt Pavement Analyzer] or AASHTO TP 79 [Dynamic Modulus/Flow Number])"

- "Cracking performance (AASHTO T-321 [Fatigue Beam] or Texas Overlay Tester)"

- "Moisture sensitivity performance (AASHTO T-324 [Hamburg Wheel Track] and AASHTO T283 [Tensile Strength Retained] (or CT371 if tested in California))"

- "Open-graded friction course durability (ASTM D-7064 [Part x2][Cantabro]) Binder testing (to determine effect on PG grading. AASHTO M-320)"

100.    CalTrans also requires the submission of field testing, stating: "A minimum of three experiments is required, one of which may include an accelerated loading test. Each test must include an HMA control. On field tests, the HMA control and WMA sections must be placed end-to-end in the same lane (not in adjacent lanes). Sections should have an AADT of at least 10,000 with at least 10% trucks. Each section should have been monitored after construction (as a baseline) and again after 12 months or longer (i.e., at least one year of traffic)."[29]

101.    According to published CalTrans materials, each project summary must also

---

[27] Exhibit 23, https://dot.ca.gov/-/media/dot-media/programs/engineering/documents/mets/wma-criteria-a11y.pdf

[28] Exhibit 23, https://dot.ca.gov/-/media/dot-media/programs/engineering/documents/mets/wma-criteria-a11y.pdf

[29] Exhibit 23, https://dot.ca.gov/-/media/dot-media/programs/engineering/documents/mets/wma-criteria-a11y.pdf

include[30]:

- "Experiment locations, experiment details (including traffic), and the monitoring program."
- "Mix design information (can be Hveem or SuperPave)"
- "Mix production and construction data (include **_production and placement temperatures_**, summary of QC measurements, and any other documented observations)" (emphasis added).
- "Tabulated summary of observations from each visit. The reasons for any differences between the HMA and WMA sections should be explained."
- "Photographs at each monitoring visit showing all distresses. Photographs must show equal or better performance to HMA control."

102.    On information and belief, ASMG conducted, or commissioned to be conducted, a voluminous amount of testing and analysis of the ZycoTherm products including the various tests listed above, as part of its efforts to obtain approval for the ZycoTherm line of products as warm mix additives by state departments of transportation, and in particular, AZDOT and CalTrans. Given the requirements set forth by these state DOT's, and the fact that the ZycoTherm line of products were indeed approved as warm mix additives by each respective agency, on information and belief this testing will demonstrate the temperatures at which mixes containing the ZycoTherm line of products were mixed and compacted, and will include comparisons to the temperatures used for control samples not including the ZycoTherm line of products, demonstrating their use within the claimed temperature ranges.

**Exemplary Claims of Infringement – '646 Patent**

103.    Independent claim 1 of the '646 Patent recites:

1. An asphalt paving composition comprising functionally dry, essentially water-free, non-foamed asphalt binder containing lubricating antistrip additive mixed with uncompacted aggregate to provide a warm mix paving composition of the aggregate adequately coated with the functionally dry, essentially water-free, non-foamed

---

[30] Exhibit 23, https://dot.ca.gov/-/media/dot-media/programs/engineering/documents/mets/wma-criteria-a11y.pdf

asphalt binder and lubricating antistrip additive, wherein the lubricating antistrip additive reduces the mixing and compaction temperature of the warm mix paving composition such that the paving composition is produced at and is at a temperature of 280°F. or lower and can be compacted at a temperature of 260°F. or lower, and if the warm mix paving composition also comprises a lubricating wax, then the lubricating wax is 0.5 weight percent or less of the asphalt binder weight.

104.    The making, using, importation, offering for sale, and/or sale by ASMG of Zydex's ZycoTherm line of products, and resale and/or use by third party contractors in accordance with the information provided by ASMG represents direct, as well as induced and/or contributory infringement of at least claim 1 of the '646 Patent, for reasons discussed above and in more detail below.

105.    Zydex, the manufacturer of the ZycoTherm line of products used and sold by ASMG, has admitted that the ZycoTherm line of products are lubricating antistrip additives. Zydex's marketing materials state that "ZycoTherm is a next generation antistrip additive with the additional benefit of warm mix asphalt."[31] Moreover, on information and belief, Zydex personnel have also stated that "ZycoTherm-SP is a great anti-strip and a good WMA" and that ZycoTherm SP2 "is a whole other animal in terms of performance, not only as a LASA, but as a WMA", with the term "LASA" referring to liquid antistrip additives. Moreover, according to the Zydex document LTP-RD-ZT-001-01 entitled "Zydex® Laboratory Test Protocol ZycoTherm Mixing Protocol" dated November 2, 2012, "ZycoTherm has a positive effect on mixing, workability and compaction of warm mix asphalt (WMA). Its superior aggregate wetting and coating properties, ensures uniform [binder] film thickness and better lubrication of the warm mix."[32] ZycoTherm ZT,

---

[31] Exhibit 10, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[32] Exhibit 24, Zydex® Laboratory Test Protocol ZycoTherm Mixing Protocol, November 2, 2012.

ZycoTherm SP, and ZycoTherm SP2 are thus, as noted above, each lubricating antistrip additives, in addition to being warm mix additives. On information and belief, ZycoTherm EZ and LS, as well as any other substantially similar products, are functionally the same. Moreover, ASMG's own materials confirm much of the same, acknowledging that, at least for ZycoTherm SP and SP2, the products are liquid antistrip additives that provide the additional benefit of traditional warm mix asphalt.[33]

106.    Governmental agencies differentiate between approval of the ZycoTherm line of products solely as an antistrip agent, and as a warm-mix additive in addition to antistrip properties.

107.    When used in accordance with the brochure entitled *"R_Zycotherm-Flyer_ENG_2018_1.0"*,[34] ZycoTherm ZT, ZycoTherm SP, and ZycoTherm SP2 are each added to a functionally dry, essentially water-free, non-foamed asphalt binder, and are also mixed with uncompacted aggregate.

108.    On information and belief, Zydex's ZycoTherm line of additives do not comprise a lubricating wax. The material data safety sheets for ZycoTherm and ZycoTherm SP fail to indicate the presence of any wax.[35] And on information and belief, Zydex personnel have stated that "other blends of ZycoTherm," which would include ZycoTherm SP2, "have all utilized the same . . . components." The Zydex website further differentiates its chemical additives from "organic additives such as waxes."[36]

109.    The ZycoTherm line of products used and sold by ASMG, which includes at least ZycoTherm SP and SP2, and which discovery is also likely to show includes the remainder of the

---

[33] Exhibit 18, https://asmg.com/wp-content/uploads/2024/03/ZycoTherm-2024.03.08-1.pdf
[34] Exhibit 25, Zydex Brochure, R_Zycotherm-Flyer_ENG_2018_1.0.
[35] Exhibit 13, 14.
[36] Exhibit 26, https://zydexgroup.com/warm-mix-asphalt-technologies/

ZycoTherm line of products, are used as warm-mix additives within the scope of '646 Patent claim 1.

110.    ASMG advertises and intends the ZycoTherm products that it sells and uses to be utilized in warm mix asphalt paving compositions produced at and at warm mix temperatures at or below 280°F and compacted at temperatures of 260°F or lower.

111.    By way of a non-limiting example, ZycoTherm SP and ZycoTherm SP2 are each approved as warm mix asphalt additive technologies by the Arizona State Department of Transportation, at the request of ASMG.[37]

112.    According to the Arizona DOT criteria, "warm mix asphalt" is defined as asphaltic concrete that is produced within the temperature range of 215 to 275°F."[38] And in order to be approved as warm mix additives, the additives "must be a recognized WMA technology with successful projects constructed nationally, with production of at least 100,000 tons of WMA produced and placed on State DOT highways."[39] Thus, the inclusion of ZycoTherm SP and ZycoTherm SP2 as approved warm mix technologies for projects with the Arizona DOT demonstrates that each has been used to produce at least a hundred thousand tons of WMA – asphalt produced at or below 275°F – within the scope of claim 1. On information and belief, this includes projects conducted by ASMG utilizing ZycoTherm products sold by ASMG.

113.    Indeed, as part of its request that AZDOT include ZycoTherm products on its approved warm mix additive list, ASMG submitted to AZDOT, on a non-confidential basis,

---

[37] Exhibit 19, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf
[38] Exhibit 20, Arizona DOT Policy and Procedures Directive, accessed at
https://apps.azdot.gov/files/materials-manuals/Policy-Procedure-Directives/ppd23.pdf
[39] Exhibit 19, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf

materials demonstrating paving conducted at the request of ASMG, utilizing ZycoTherm, with compaction temperatures reduced to 110°C and mixing temperatures reduced to 130°C.

114.    Discovery will likely show numerous other examples of similar conduct throughout the United States, including those stemming from this effort at governmental approval.

115.    On information and belief, other states contain similar requirements for approval, providing additional evidence of infringement.

116.    ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 can each also be used as additives for asphalt that can be compacted at a temperature of 260°F or lower. By way of a non-limiting example, Zydex markets its ZycoTherm product as allowing for "easy compaction" at temperatures of 210°F, "thereby enabling longer hauls and cold climate paving."[40] Similarly, Zydex advertises its products as allowing for a reduction of compaction temperatures by 30-40°C, which is consistent with temperatures below 260°F.[41, 42] ASMG also markets the products accordingly, stating that " ZycoTherm enables temperature reductions up to 60°F (30°C) during mix production and field compaction."[43]

117.    The Zydex website further explains that "Warm mix asphalt" – which it advertises its ZycoTherm line of products as enabling – is asphalt that can "be put down at about 180 degrees Fahrenheit without cooling," demonstrating not only Zydex's intent that its products be used for asphalt laid at these temperatures, but also its knowledge that such use has occurred.[44] On information and belief, ASMG makes similar statements to customers, as the authorized distributor

---

[40] Exhibit 10, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at
https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[41] Exhibit 9, https://zydexgroup.com/bitumen-additive/
[42] See also, Exhibit 27, https://www.forconstructionpros.com/asphalt/product/12061757/zydex-inc-zycotherm-from-zydex
[43] Exhibit 18, https://asmg.com/wp-content/uploads/2024/03/ZycoTherm-2024.03.08-1.pdf
[44] Exhibit 28, https://zydexgroup.com/hot-mix-asphalt-vs-warm-mix-asphalt/

for Zydex's products.

118.    Indeed, ZycoTherm SP is on the approved warm mix asphalt additives list for the Massachusetts Department of Transportation,[45] which requires, as a prerequisite to approval, that mixtures containing said additive be capable of compaction at temperatures less than 260°F.[46] In order to be qualified as such, the entity seeking qualification would therefore have been required to submit documentation proving that such mixtures can indeed be compacted at temperatures below 260°F, thus meeting this temperature requirement.

119.    On information and belief, and due to ASMG's significant presence in Massachusetts, ASMG is likely the entity that submitted evidence that the ZycoTherm products meet this temperature limitation. Discovery will likely provide evidence of actual use at or below that temperature.

120.    Moreover, the clear evidence of significant quantities of WMA *produced* at temperatures at or below 275°F, either directly by ASMG or through the use of products sold by ASMG and with ASMG's direction and instruction, as discussed above, provides a reasonable inference that the onsite *compaction* of said mixes has actually occurred at or below 260°F given the loss of heat that takes place during mix transportation and pavement lay-down.

121.    In fact, publicly available information shows that ASMG has completed projects containing a ZycoTherm product at concentrations of 0.1% - a concentration that at least some states define as sufficient for warm mix capability.[47] On information and belief, there would be no reason to utilize a ZycoTherm product at such concentrations – as opposed to lower

---

[45] Exhibit 29, https://www.mass.gov/info-details/warm-mix-asphalt-additives-m3014
[46] Exhibit 30, https://www.mass.gov/info-details/qcml-criteria-for-warm-mix-asphalt-additives
[47] Exhibit 31, https://www.lisbonme.org/sites/g/files/vyhlif3366/f/bids/bid_-_all_states_construction_inc.pdf

concentrations such as 0.03% typically utilized for anti-strip capabilities – unless the project designer intended to take advantage of ZycoTherm's warm mix capabilities and produce, mix, and compact the asphalt mixture at or below the claimed temperatures.

122.    On information and belief, including based on ASMG's marketing and promotional statements, ASMG is aware of, intends, and encourages the infringing uses described above.

123.    For at least the foregoing reasons, ASMG indirectly and/or contributorily infringes at least the aforementioned claims of the '646 Patent.

124.    Moreover, given the assertions on ASMG's website that it prepares and compacts asphalt, on information and belief ASMG has and continues to directly infringe at least the aforementioned claims of the '646 Patent.

**Exemplary Claims of Infringement – '725 Patent**

125.    Independent claim 1 of the '725 Patent recites:

1. A warm mix asphalt paving composition comprising i) functionally dry, essentially water-free, non-foamed asphalt binder containing ii) lubricating additive comprising lubricating surfactant, lubricating non-surfactant, lubricating acid or combination thereof, mixed with iii) uncompacted aggregate to provide aggregate coated with binder and lubricating additive; wherein the warm mix asphalt paving composition is produced at and is at a warm mix temperature at least 30° F. lower than a comparison temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive, and if the lubricating additive comprises a lubricating wax, the wax is 0.5 weight percent or less of the asphalt binder weight.

126.    Dependent claim 20 of the '725 Patent depends from claim 1 and recites:

20. A warm mix, asphalt paving composition according to claim 1 at a warm mix temperature of 280°F or lower.

127.    Independent claim 25 of the '725 Patent recites:

25. A warm mix asphalt paving composition comprising i) functionally dry, essentially water-free, non-foamed asphalt binder

containing ii) lubricating additive selected from the group consisting of lubricating surfactant, lubricating non-surfactant other than non-surfactant additives based on wax chemistry, lubricating acid or combination thereof, mixed with iii) uncompacted aggregate to provide aggregate coated with binder and lubricating additive, wherein the warm mix asphalt paving composition is produced at and is at a warm mix temperature at least 30° F lower than a comparison temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

128. Dependent claim 44 of the '725 Patent depends from claim 25 and recites:

44. A warm mix, asphalt paving composition according to claim 25 at a warm mix temperature of 280°F or lower.

129. The making, using, importation, offering for sale, and/or sale by ASMG of Zydex's ZycoTherm line of products, and resale and/or use by third party contractors in accordance with the information provided by ASMG represents direct, as well as induced and/or contributory infringement of at least claims 1, 20, 25, and 44 of the '725 Patent, for reasons discussed above and in more detail below.

130. ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each "lubricating additives" to the extent claimed in the '725 Patent. Moreover, according to the Zydex document LTP-RD-ZT-001-01 entitled "Zydex® Laboratory Test Protocol ZycoTherm Mixing Protocol" dated November 2, 2012 (emphasis added) (Exhibit 24), "ZycoTherm has a positive effect on mixing, workability and compaction of warm mix asphalt (WMA). Its superior aggregate wetting and coating properties, ensures uniform [binder] film thickness and better lubrication of the warm mix." On information and belief, the same applies to ZycoTherm EZ and LS.

131. ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products are also each a "lubricating surfactant" to the extent claimed in the '725 Patent. On information and belief, the Zydex website initially said that ZycoTherm was a "surfactant", but that statement has been

removed from the website. A paper by Hasan et al., titled Performance Characterizations of Asphalt Binders and Mixtures Incorporating Silane Additive ZycoTherm (Exhibit 32), also identifies ZycoTherm as being a "surfactant-based silane additive."[48] On information and belief, and because as noted above ZycoTherm SP2 "uses the same silane chemistry" as ZycoTherm SP and other blends of ZycoTherm, ZycoTherm SP and SP2 would also be determined be a surfactant. This is also supported by a comparison of the materials present in each product, as reflected in the various Materials Safety Data Sheets.[49] Consequently, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each a "lubricating additive comprising a lubricating surfactant" as called for in the '725 Patent. On information and belief, the same applies to ZycoTherm EZ and LS.

132.    When used in accordance with the brochure entitled *"R_Zycotherm-Flyer_ENG_2018_1.0"* (Exhibit 25), ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each added to a functionally dry, essentially water-free, non-foamed asphalt binder, and are also mixed with the uncompacted aggregate. On information and belief, the same applies to ZycoTherm EZ and LS.

133.    On information and belief, Zydex's ZycoTherm line of additives do not comprise a lubricating wax, and thus meet the additional limitation of Claim 1. The material data safety sheets for ZycoTherm and ZycoTherm SP fail to indicate the presence of any wax.[50] And on information and belief, Zydex personnel have stated that "other blends of ZycoTherm," which would include ZycoTherm SP, SP2, EZ, and LS, "have all utilized the same . . . components." The Zydex website further differentiates its chemical additives from less beneficial technologies, "such as waxes."[51]

---

[48] Exhibit 32, Hasan et al, Performance Characterizations of Asphalt Binders and Mixtures Incorporating Silane Additive ZycoTherm, AIP Conference Proceedings, (October 2017), at p. 1.
[49] Exhibits 13, 14.
[50] Exhibits 13, 14.
[51] Exhibit 26, https://zydexgroup.com/warm-mix-asphalt-technologies/

134.    The ZycoTherm line of products used and sold by ASMG, which includes at least ZycoTherm SP and SP2, and which discovery is also likely to show includes the remainder of the ZycoTherm line of products, are used as warm-mix additives within the scope of '725 Patent Claims 20 and 44, because they are advertised to be, and indeed have been, utilized in warm mix asphalt paving compositions produced at and at warm mix temperatures at or below 280°F, and provide for asphalt mixture that can be compacted at temperatures of 260°F or lower.

135.    By way of a non-limiting example, as discussed above (the entirety of which is expressly incorporated herein) ZycoTherm SP and ZycoTherm SP2 are each approved as warm mix asphalt additive technologies by the Arizona State Department of Transportation, at the request of ASMG.[52] Based on the definitions provided by the Arizona DOT, and requirements for approval, the inclusion of ZycoTherm SP and ZycoTherm SP2 as approved warm mix technologies for projects with the Arizona DOT demonstrates that each has been used to produce at least a hundred thousand tons of WMA – asphalt produced at or below 275°F. On information and belief, this includes projects conducted by ASMG utilizing ZycoTherm products sold by ASMG. Moreover, such temperatures are typically considered to be at least 30°F lower than corresponding hot-mix temperatures – i.e., comparison temperatures needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

136.    Thus, ZycoTherm, ZycoTherm SP, ZycoTherm SP2, ZycoTherm EZ, and ZycoTherm LS meet the temperature limitations of claims 1, 20, 25, and 44.

137.    On information and belief, including based on ASMG's marketing and promotional statements, ASMG is aware of, intends, and encourages the infringing uses described above.

---

[52] Exhibit 19, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf

138.    For at least the foregoing reasons, ASMG indirectly and/or contributorily infringes at least the aforementioned claims of the '725 Patent.

139.    Moreover, given the assertions on ASMG's website that it prepares and compacts asphalt, on information and belief ASMG has and continues to directly infringe at least the aforementioned claims of the '725 Patent.

**Exemplary Claims of Infringement – '652 Patent**

140.    Independent claim 1 of the '652 Patent recites:

> 1.    A paving process comprising:
> (a)    adding a lubricating additive comprising lubricating surfactant, lubricating non-surfactant, lubricating acid or combination thereof to functionally dry, essentially water-free, non-foamed asphalt binder containing less than 5 wt. % water and heated to a warm mix temperature to create a functionally dry warm mix lubricated asphalt binder composition, and if the lubricating additive in the warm mix lubricated asphalt binder composition comprises a lubricating wax, then the lubricating wax is 0.5 wt. % or less of the asphalt binder weight;
> (b)    combining the warm mix lubricated asphalt binder composition with aggregate and recycled asphalt pavement at a warm mix temperature that is lower than a comparison temperature needed to produce a comparison paving material without the lubricating additive;
> (c)    mixing to coat the aggregate and recycled asphalt pavement with the lubricated asphalt binder composition to form a warm mix paving material at the warm mix temperature;
> (d)    transferring the warm mix paving material to a paving machine;
> (e)    applying the warm mix paving material with the paving machine to a prepared surface at a warm mix paving temperature; and then
> (f)    compacting the applied paving material to form a paved surface.

141.    Dependent claim 2 of the '652 Patent recites:

> 2. A paving process according to claim 1 wherein the warm mix paving material is at a warm mix temperature of 280° F. or lower in step (c).

142.    Dependent claim 5 of the '652 Patent recites:

5. A paving process according to claim 1 wherein the warm mix paving material is paved at a warm mix temperature at least 30° F. lower than a comparison paving temperature needed for proper paving of the comparison paving composition.

143.    The making, using, importation, offering for sale, and/or sale by ASMG of the ZycoTherm line of products, and resale and/or use by third party contractors in accordance with the information provided by ASMG represents direct, as well as induced and/or contributory infringement of at least claim 1 of the '652 Patent, for reasons discussed above and in more detail below.

144.    ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each "lubricating additives" to the extent claimed in the '652 Patent. Moreover, according to the Zydex document LTP-RD-ZT-001-01 entitled "Zydex® Laboratory Test Protocol ZycoTherm Mixing Protocol" dated November 2, 2012, "ZycoTherm has a positive effect on mixing, workability and compaction of warm mix asphalt (WMA). Its superior aggregate wetting and coating properties, ensures uniform [binder] film thickness and better lubrication of the warm mix." On information and belief, the same applies to ZycoTherm EZ and LS.

145.    ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products are also each a "lubricating surfactant" to the extent claimed in the '652 Patent, for the reasons previously discussed with respect to the '725 Patent, the entirety of which is expressly incorporated herein. Consequently, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each a "lubricating additive comprising a lubricating surfactant" as called for in the '652 Patent. On information and belief, the same applies to ZycoTherm EZ and LS.

146.    When used in accordance with the brochure entitled *"R_Zycotherm-Flyer_ENG_2018_1.0"*, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each added to a

functionally dry, essentially water-free, non-foamed asphalt binder, and are also mixed with the uncompacted aggregate. On information and belief, the same applies to ZycoTherm EZ and LS.

147.    On information and belief, the ZycoTherm line of additives do not comprise a lubricating wax, and thus meet the additional limitation of Claim 1. The materials data safety sheets for ZycoTherm and ZycoTherm SP fail to indicate the presence of any wax.[53] And on information and belief, Zydex personnel have stated that "other blends of ZycoTherm," which would include ZycoTherm SP2, "have all utilized the same . . . components." The Zydex website further differentiates its chemical additives from less beneficial technologies, "such as waxes."[54]

148.    The ZycoTherm line of products used and sold by ASMG are also used as warm-mix additives within the scope of '652 Patent claims, because they are advertised to be, and indeed have been, utilized in warm mix asphalt paving compositions produced at and at warm mix temperatures at or below 280°F, and provide for asphalt mixture that can be prepared at a temperature at least 30°F lower than a comparison paving temperature needed for proper paving of the comparison paving composition.

149.    By way of a non-limiting example, as discussed above (the entirety of which is expressly incorporated herein) ZycoTherm SP and ZycoTherm SP2 are each approved as warm mix asphalt additive technologies by the Arizona State Department of Transportation.[55] Based on the definitions provided by the Arizona DOT, and requirements for approval, the inclusion of ZycoTherm SP and ZycoTherm SP2 as approved warm mix technologies for projects with the Arizona DOT demonstrates that each has been used to produce at least a hundred thousand tons of

---

[53] Exhibits 13, 14.
[54] Exhibit 26, https://zydexgroup.com/warm-mix-asphalt-technologies/
[55] Exhibit 19, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf

WMA – asphalt produced at or below 275°F. On information and belief, this includes projects conducted by ASMG utilizing ZycoTherm products sold by ASMG. Moreover, such temperatures are typically considered to be at least 30°F lower than corresponding hot-mix temperatures – i.e., comparison temperatures needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive. Indeed, Zydex's marketing materials consistently advertise its infringing line of products as allowing for a reduction of mixing temperature of "up to 30°C (60°F)."[56,57]. And other Zydex marketing materials advertise a reduction of mixing temperature of 35°C.[58] ASMG also markets the products accordingly, stating that " ZycoTherm enables temperature reductions up to 60°F (30°C) during mix production and field compaction."[59]

150.    Additional evidence of infringement includes sales of ZycoTherm products and advertising materials described throughout this Complaint, which is expressly incorporated herein.

151.    Thus, ZycoTherm, ZycoTherm SP, ZycoTherm SP2, ZycoTherm EZ, and ZycoTherm LS meet the temperature limitations of at least claims 1, 2, and 5 of the '652 Patent.

152.    The infringing products are intended to, and indeed have been utilized in a paving process in which they are combined with aggregate, mixed to coat the aggregate to form a warm mix paving material at the warm mix temperature, transferred to a paving machine, applied to a prepared surface at a warm mix paving temperature, and compacted to form a paved surface.

153.    Moreover, the infringing products are intended to, and on information and belief have been, utilized in the aforementioned process in which the asphalt binder composition is mixed

---

[56] Exhibit 9, https://zydexgroup.com/us/bitumen-additive/
[57] Exhibit 10, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[58] Exhibit 33, ZycoTherm Promotional Document.
[59] Exhibit 18, https://asmg.com/wp-content/uploads/2024/03/ZycoTherm-2024.03.08-1.pdf

not only with aggregate but also with recycled asphalt pavement. By way of non-limiting example, a Zydex marking document explains that ZycoTherm improves melting and mixing of hardened asphalt from "RAP/RAS."[60] Another Zydex marketing document states that ZycoTherm improves "the heat transfer to RAP and mixing of virgin binder with oxidized hardened RAP binder."[61] In the paving industry, RAP is used as shorthand for "recycled asphalt pavement." and RAS is used as shorthand for "recycled asphalt shingles". And an ASMG marketing document similarly touts higher RAP capability as a benefit of using the ZycoTherm products.

154.    Thus, ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 meet the additional limitations of at least claims 1, 2, and 5. On information and belief, the same applies to ZycoTherm EZ and LS.

155.    On information and belief, including based on marketing and promotional statements, ASMG is aware of, intends, and encourages the infringing uses described above.

156.    For at least the foregoing reasons, ASMG indirectly and/or contributorily infringes at least the aforementioned claims of the '652 Patent.

157.    Moreover, given the assertions on ASMG's website that it prepares and compacts asphalt, on information and belief ASMG has and continues to directly infringe at least the aforementioned claims of the '652 Patent.

**Exemplary Claims of Infringement – '466 Patent**

158.    Independent claim 1 of the '466 Patent recites:

1.    A method of making bituminous paving comprising the steps of:
(a)    mixing a non-foamed asphalt binder composition and lubricating additive selected from the group consisting of a lubricating surfactant, lubricating acid, viscosity modifier,

_____
[60] Exhibit 33, ZycoTherm Promotional Document.
[61] Exhibit 34, https://www.scribd.com/document/392262647/Zydex-Nano-Technology

dispersant viscosity modifier, additive containing viscosity modifier or dispersant modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof, with aggregate at a temperature of 280° F. or lower, to coat the aggregate and produce a heated paving material at a warm mix temperature at least 30-100° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive;

(b)      applying the heated paving material to a surface to be paved to provide an applied paving material, and

(c)      compacting the applied paving material at a temperature of 260° F. or lower to form a paved surface.

159.    Independent claim 12 of the '466 Patent recites:

12.    A method of making a warm mix paving composition comprising the steps of:

(a)      adding a lubricating additive selected from the group consisting of a lubricating surfactant, lubricating acid, viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof, to an asphalt binder composition, and

(b)      mixing the asphalt binder composition with aggregate to coat the aggregate and produce a functionally dry, essentially water-free, non- foamed warm mix paving composition and at a warm mix temperature which is at least 30° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder- coated aggregate without the lubricating additive.

160.    Independent claim 17 of the '466 Patent recites:

17.    A method of forming a paved surface comprising the steps of:

(a)      mixing aggregate with a functionally dry, essentially water-free, non- foamed asphalt binder composition comprising an asphalt binder and a lubricating additive selected from the group consisting of a lubricating surfactant, a lubricating acid, viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof to coat the aggregate and produce a warm mix paving composition at a warm mix temperature at least 30-100° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the

lubricating additive;

(b)    supplying the warm mix paving composition to a paving machine at a site to be paved;

(c)    applying the warm mix paving composition to the site to be paved; and

(d)    compacting the applied warm mix paving composition to form a paved surface.

161.    Independent claim 20 of the '466 Patent recites:

20. A paving process comprising:

(a)    adding a lubricating substance consisting of an antistripping agent to a

non-foamed asphalt binder heated to within a warm mix temperature range to create a warm mix lubricated asphalt binder composition;

(b)    combining the warm mix lubricated asphalt binder composition with a suitable aggregate;

(c)    mixing to coat the aggregate with the lubricated asphalt binder composition to form a warm mix paving material;

(d)    transferring the warm mix paving material to a paving machine;

(e)    applying the warm mix paving material with the paving machine to a prepared surface at a warm mix paving temperature; and then

(f)    compacting the applied paving material to form a paved surface.

162.    The making, using, importation, offering for sale, and/or sale by ASMG of the ZycoTherm line of products represents direct, as well as induced and/or contributory infringement of at least independent claims 1, 12, 17 and 20 of the '466 Patent, for reasons like those discussed above in connection with the '646, '725 and '652 Patents.

163.    As previously stated, and which is incorporated as if fully restated herein, the ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 products are each "lubricating additives" and a "lubricating surfactant" to the extent claimed in the '466 Patent, and when used in accordance with Zydex and ASMG's product literature and advertising materials, are added to an asphalt binder, and are also mixed with aggregate to produce a warm mix asphalt paving composition at a temperature which is at least 30° F lower than a comparison paving composition containing binder-

coated aggregate without the lubricating additive, and in particular, at temperatures at or below 280°F. As discussed above, the ZycoTherm products have been used in such a manner at least with respect to various state department of transportation paving projects, based on ASMG's own efforts to obtain approval for such use, as well as, on information and belief, in projects conducted by ASMG utilizing ZycoTherm products sold by ASMG. On information and belief, the same applies to ZycoTherm EZ and LS.

164.     ASMG also advertises the ZycoTherm line of products in conjunction with warm mix asphalt mixtures compacted at or below 260°F.

165.     Moreover, ASMG has commissioned, has conducted testing, and/or has submitted materials for use in State DOT procedures demonstrating mixing and compaction temperatures of the ZycoTherm products within the claimed temperature ranges.

166.     Additional evidence of infringement is discussed throughout this Complaint, and is expressly incorporated herein.

167.     ASMG's use, sale, and offer for sale of the ZycoTherm products therefore have been and continue to be used to infringe the claims of the '466 Patent, including at least independent claims 1, 12, 17 and 20.

168.     On information and belief, including based on ASMG's marketing and promotional statements, ASMG is aware of, intends, and encourages the infringing uses described above.

169.     For at least the foregoing reasons, ASMG indirectly and/or contributorily infringes at least the aforementioned claims of the '466 Patent.

170.     Moreover, given the assertions on ASMG's website that it prepares and compacts asphalt, on information and belief ASMG has and continues to directly infringe at least the aforementioned claims of the '466 Patent.

**Exemplary Claims of Infringement – '581 Patent**

171.    Independent claim 1 of the '581 Patent recites:

1. A bituminous paving process, which process comprises:

>      (a) mixing an asphalt binder, aggregate and 0.1-1.0 wt % lubricating additive based on the asphalt binder weight at a first temperature greater than 160° C. to form a bituminous mix consisting essentially of aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises lubricating non-aqueous surfactants, non-surfactant additives, acids or combinations thereof, and wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap, and;
>      (b) compacting the bituminous mix at a second temperature less than 130° C. and at least about 55° C. below the first temperature to provide bituminous pavement having field density values of less than 10% in place air voids for the compacted bituminous mix.

172.    Independent claim 16 of the '581 Patent recites:

16. A bituminous paving process, which process comprises:

>      (a) mixing an asphalt binder, aggregate and 0.1-1.0 wt % lubricating additive based on the asphalt binder weight at a first temperature greater than 160° C. to form a bituminous mix consisting essentially of aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises lubricating non-aqueous surfactants, non-surfactant additives, acids or combinations thereof, wherein the asphalt binder, aggregate and lubricating additive are essentially water free, and wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap, and
>      (b) compacting the bituminous mix at a second temperature less than 130° C. and at least about 20° C. below the first temperature to provide bituminous pavement having field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix.

173.    The making, using, importation, offering for sale, and/or sale by ASMG of Zydex's

ZycoTherm Products represents, and resale and/or use by third party contractors in accordance

with the information provided by ASMG represents direct, as well as induced and/or contributory infringement of at least independent claims 1 and 16 of the '581 Patent, for reasons like those discussed above in connection with the '646, '725, '652 and '466 Patents, the explanation for which is expressly incorporated herein.

174.    For example, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each "lubricating additives" to the extent claimed in the '581 patent. When used in accordance with marketing materials, including those provided by ASMG, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each added to an asphalt binder. On information and belief, the same applies to ZycoTherm EZ and LS.

175.    Zydex marketing materials that on information and belief have been relied on by ASMG advertise the ZycoTherm line of products as having typical dosage ranges of 0.02 to 0.1% by weight of the bitumen binder, with dosages including 0.125% being recommended for certain uses, indicating ASMG's knowledge of and intent that its ZycoTherm products are used within the claimed dosage range.[62] This is consistent with the various departments of transportation approvals, including those from the New York Department of Transportation, which notes that ZycoTherm SP should be used in dosages ranging from 0.05% to 0.125%[63], the Mississippi Department of Transportation which has approved ZycoTherm SP at dosages ranging from 0.08% to 0.125%[64], and the Pennsylvania Turnpike Commission, which has mandated that ZycoTherm SP2 be the exclusive anti-strip agent used in turnpike construction projects, with dosage ranges of

---

[62] Exhibit 10, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at
https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[63] Exhibit 35, NY DOT Reference Document Regarding Compaction Details, accessed at
https://www.dot.ny.gov/divisions/engineering/technical-services/technical-services-repository/details/zycotherm.pdf
[64] Exhibit 36, Mississippi DOT Approved Product Report, accessed at
https://mdot.ms.gov/applications/mpl/Home/ViewPDF

0.1% when used as a warm mix additive.

176.    In fact, publicly available information shows that ASMG has completed projects containing a ZycoTherm product at concentrations of 0.1% - a concentration that at least some states define as sufficient for warm mix capability.[65] On information and belief, there would be no reason to utilize a ZycoTherm product at such concentrations – as opposed to lower concentrations such as 0.03% typically utilized for anti-strip capabilities – unless the project designer intended to take advantage of ZycoTherm's warm mix capabilities and produce, mix, and compact the asphalt mixture at or below the claimed temperatures.

177.    As discussed above, the ZycoTherm line of products can be, are advertised to be, and indeed have been used to create asphalt mixtures that are laid at temperatures less than 130℃ (266℉), and at least 55℃ below the mix temperature.

178.    ZycoTherm, ZycoTherm SP and ZycoTherm SP2 also each have a maximum normal force no more than about 5.5 Newtons at 90℃, in accordance with the claims of the '581 Patent. On information and belief, the same applies to ZycoTherm EZ and LS.

179.    Asphalt pavement compositions containing the ZycoTherm line of additives, and mixed and laid in accordance with advertising and state Department of Transportation guidelines also contain less than 10% in place air voids as called for in '581 Patent claim 1 (viz., field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix as called for in '581 Patent claim 16). Certain of the states for which the ZycoTherm line of products are approved include maximum air void content restrictions, setting the limit below the claimed limitation, and demonstrating infringement by each project utilizing the ZycoTherm line of

---

[65] Exhibit 31, https://www.lisbonme.org/sites/g/files/vyhlif3366/f/bids/bid_-_all_states_construction_inc.pdf

additives therein.

180. Indeed, materials submitted by ASMG to AZDOT during its request for approval of ZycoTherm SP as an approved warm mix additive showed ZycoTherm SP consistently being used to make asphalt mixes containing less than 10% air voids.

181. The aforementioned ZycoTherm products are consequently used, and intended to be used by ASMG and its third party contractors to infringe the claims of the '581 Patent, including at least independent claims 1 and 16.

182. For at least the foregoing reasons, ASMG indirectly and/or contributorily infringes at least the aforementioned claims of the '581 Patent.

183. Moreover, given the assertions on ASMG's website that it prepares and compacts asphalt, on information and belief ASMG has and continues to directly infringe at least the aforementioned claims of the '581 Patent.

**Exemplary Claims of Infringement – '446 Patent**

184. Independent claim 1 of the '446 Patent recites.

1. A bituminous paving process, which process comprises:

> (a) mixing an asphalt binder, aggregate and lubricating additive at a first temperature greater than 160° C. to form a bituminous mix comprising aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises a lubricating non-aqueous surfactant, non-surfactant additive, acid, or combinations thereof;
> (b) hauling the bituminous mix to a paving site; and
> (c) compacting the bituminous mix at a second temperature less than 130°C., to provide bituminous pavement having field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix.

185. The making, using, importation, offering for sale, and/or sale by ASMG of Zydex's ZycoTherm line of products, and resale and/or use by third party contractors in accordance with

the information provided by ASMG represents direct, as well as induced and/or contributory infringement of at least independent claim 1 of the '446 Patent, for reasons like those discussed above in connection with the '646, '725, '652, '466, and '581 Patents, the explanation for which is expressly incorporated herein.

186.    For example, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each "lubricating additives" and lubricating surfactants to the extent claimed in the '446 patent, for the reasons discussed above. Each are also formulated using non-aqueous solvents, and therefore are themselves non-aqueous. When used in accordance with marketing materials, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each added to an asphalt binder. On information and belief, the same applies to ZycoTherm EZ and LS.

187.    On information and belief, and because ASMG has stated that some, but not all, of the ZycoTherm products it sells are utilized to create warm mix asphalt, some percentage of that product is also utilized to create asphalt mixed at temperatures above 160℃.

188.    As discussed above, the ZycoTherm line of products also can be, are advertised to be, and indeed have been used to create asphalt mixtures that are laid at temperatures less than 130℃ (266°F), and at least 55℃ below the mix temperature ASMG also markets the products accordingly, stating that "ZycoTherm enables temperature reductions up to 60°F (30℃) during mix production and field compaction."[66]

189.    Asphalt pavement compositions containing the ZycoTherm line of additives, and mixed and laid in accordance with Zydex advertising and state Department of Transportation guidelines are also compacted to provide bituminous pavement having field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix. Certain of the

---

[66] Exhibit 18, https://asmg.com/wp-content/uploads/2024/03/ZycoTherm-2024.03.08-1.pdf

states for which the ZycoTherm line of products are approved include maximum air void content restrictions, requiring the mix to comprise less than 10% air voids.

190.    Indeed, materials submitted by ASMG to AZDOT during its request for approval of ZycoTherm SP as an approved warm mix additive showed ZycoTherm SP consistently being used with asphalt containing less than 10% air voids.

191.    On information and belief, including based on ASMG's marketing and promotional statements, ASMG is aware of, intends, performs, and encourages the infringing uses described above.

192.    For at least the foregoing reasons, ASMG indirectly and/or contributorily infringes at least the aforementioned claims of the '446 Patent.

193.    Moreover, given the assertions on ASMG's website that it prepares and compacts asphalt, on information and belief ASMG has and continues to directly infringe at least the aforementioned claims of the '446 Patent.

**ASMG's Willful Infringement**

194.    Plaintiffs previously filed a lawsuit against various Zydex entities and one of its U.S. distributors.

195.    In that case, Plaintiffs alleged not only that the Zydex entities infringed certain of the asserted patents, but also that a U.S. regional distributor, similarly situated to ASMG, infringed as well, based on similar sales, promotional, and governmental petitioning actions as outlined above with respect to ASMG.

196.    Plaintiffs continued to assert infringement claims, including based on each of the patents asserted herein, through 2024, for the sale, offer for sale, use, or import of the ZycoTherm line of products, until that case was dismissed without prejudice, for reasons other than non-

infringement.

197.    On information and belief, ASMG was aware of the allegations in the complaint, the patents asserted therein, and the fact that claims could be brought against ASMG for infringement as well.

198.    On information and belief, Zydex specifically told ASMG about the existence of the lawsuit and the asserted claims of infringement, and agreed to indemnify ASMG for any infringement.

199.    On information and belief, ASGM has admitted that a substantial portion of its sales of ZycoTherm products are intended to be used for, and indeed have been used for, the preparation of warm mix asphalt.

200.    ASMG nonetheless continued advertising, using, and selling the ZycoTherm line of products in an infringing manner, despite knowledge of said infringement.

## COUNT I
## INFRINGEMENT OF THE '646 PATENT

201.    Plaintiffs repeat the allegations of paragraphs 1 through 200 above as fully set forth herein.

202.    Plaintiffs are the owners of the '646 Patent. Plaintiffs possess the right to enforce the '646 Patent and the right to recover for infringement thereof, including damages for any infringement.

203.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '646 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, to be used in warm

mix asphalt paving compositions that embody the patented invention. The ZycoTherm products listed herein within each count are merely exemplary, and the allegations of this Complaint are directed to all past, present, and future products that are or may be functionally similar and advertised and used in a manner substantially similar to the ZycoTherm products listed herein (collectively, the "Accused Products").

204.    Defendant contributorily infringes one or more claims of the '646 Patent by importing, selling, and offering to sell lubricating additives, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, that are material to making the compositions claimed in the '646 Patent, that Defendant knows to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use, as well as any other Accused Products.

205.    Defendant has indirectly infringed and continues to indirectly infringe one of more claims of the '646 Patent by inducing third parties to infringe the '646 Patent and by contributorily infringing the '646 Patent. Specifically, Defendant has actively encouraged and instructed other prospective buyers to use Zydex's lubricating additives in a manner that infringes the '646 Patent.

206.    Defendant has directly infringed the claims of the '646 patent, by the actions described herein.

207.    Defendant's infringement of the '646 Patent is willful.

208.    Defendant will continue to infringe the '646 Patent unless enjoined by this Court.

209.    Plaintiffs have been and continue to be damaged by Defendant's infringement of the '646 Patent in an amount to be determined at trial.

210.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at

law and will continue to suffer such irreparable injury unless Defendant's infringement of the '646 Patent is enjoined by this Court.

211.    Defendant's conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## COUNT II
## INFRINGEMENT OF THE '725 PATENT

212.    Plaintiffs repeat the allegations of paragraphs 1 through 211 above as fully set forth herein.

213.    Plaintiffs are the owners of the '725 Patent. Plaintiffs possess the right to enforce the '725 Patent and the right to recover for infringement thereof, including damages for any infringement.

214.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '725 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention, as well as any other Accused Products.

215.    Defendant contributorily infringes one or more claims of the '725 Patent by importing, selling, and offering to sell lubricating additives, including the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, that are material to making the compositions claimed in the '725 Patent, that Defendant knows to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use, as well as any other Accused

Products.

216.    Defendant has indirectly infringed and continue to indirectly infringe one of more claims of the '725 Patent by inducing third parties to infringe the '725 Patent and by contributorily infringing the '725 Patent. Specifically, Defendant has actively encouraged and instructed other prospective buyers to use Zydex's lubricating additives in a manner that infringes the '725 Patent.

217.    Defendant has directly infringed the claims of the '725 patent, by the actions described herein.

218.    Defendant's infringement of the '725 Patent is willful.

219.    Defendant will continue to infringe the '725 Patent unless enjoined by this Court.

220.    Plaintiffs have been and continue to be damaged by Defendant's infringement of the '725 Patent in an amount to be determined at trial.

221.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendant's infringement of the '725 Patent is enjoined by this Court.

222.    Defendant's conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## COUNT III
## INFRINGEMENT OF THE '652 PATENT

223.    Plaintiffs repeat the allegations of paragraphs 1 through 222 above as fully set forth herein.

224.    Plaintiffs are the owners of the '652 Patent. Plaintiffs possess the right to enforce the '652 Patent and the right to recover for infringement thereof, including damages for any infringement.

225. Defendant has indirectly infringed and continue to indirectly infringe one or more claims of the '652 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention, as well as any other Accused Products.

226. Defendant contributorily infringes one or more claims of the '652 Patent by importing, selling, and offering to sell lubricating additives, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, that are material to making the compositions claimed in the '652 Patent, that Defendant knows to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use, as well as any other Accused Products.

227. Defendant has indirectly infringed and continue to indirectly infringe one or more claims of the '652 Patent by inducing third parties to infringe the '652 Patent and by contributorily infringing the '652 Patent. Specifically, Defendant has actively encouraged and instructed other prospective buyers to use Zydex's lubricating additives in a manner that infringes the '652 Patent.

228. Defendant has directly infringed the claims of the '652 patent, by the actions described herein.

229. Defendant's infringement of the '652 Patent is willful.

230. Defendant will continue to infringe the '652 Patent unless enjoined by this Court.

231. Plaintiffs have been and continue to be damaged by Defendant's infringement of the '652 Patent in an amount to be determined at trial.

232.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendant's infringement of the '652 Patent is enjoined by this Court.

233.    Defendant's conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## COUNT IV
## INFRINGEMENT OF THE '466 PATENT

234.    Plaintiffs repeat the allegations of paragraphs 1 through 233 above as fully set forth herein.

235.    Plaintiffs are the owners of the '466 Patent. Plaintiffs possess the right to enforce the '466 Patent and the right to recover for infringement thereof, including damages for any infringement.

236.    Defendant has indirectly infringed and continue to indirectly infringe one or more claims of the '466 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention, as well as any other Accused Products.

237.    Defendant contributorily infringes one or more claims of the '466 Patent by importing, selling, and offering to sell lubricating additives, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, that are material to making the compositions claimed in the '466 Patent, that Defendant knows to be especially made, or adapted for use in making those compositions, and are

not a staple article or commodity of commerce suitable for substantial non-infringing use, as well as any other Accused Products.

238.    Defendant has indirectly infringed and continue to indirectly infringe one of more claims of the '466 Patent by inducing third parties to infringe the '466 Patent and by contributorily infringing the '466 Patent. Specifically, Defendant has actively encouraged and instructed other prospective buyers to use Zydex's lubricating additives in a manner that infringes the '466 Patent.

239.    Defendant has directly infringed the claims of the '666 patent, by the actions described herein.

240.    Defendant's infringement of the '466 Patent is willful.

241.    Defendant will continue to infringe the '466 Patent unless enjoined by this Court.

242.    Plaintiffs have been and continue to be damaged by Defendant's infringement of the '466 Patent in an amount to be determined at trial.

243.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendant's infringement of the '466 Patent is enjoined by this Court.

244.    Defendant's conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## COUNT V
## INFRINGEMENT OF THE '581 PATENT

245.    Plaintiffs repeat the allegations of paragraphs 1 through 244 above as fully set forth herein.

246.    Plaintiffs are the owners of the '581 Patent. Plaintiffs possess the right to enforce the '581 Patent and the right to recover for infringement thereof, including damages for any

infringement.

247.     Defendant has indirectly infringed and continue to indirectly infringe one or more claims of the '581 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention, as well as any other Accused Products.

248.     Defendant contributorily infringed one or more claims of the '581 Patent by importing, selling, and offering to sell lubricating additives, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, that are material to making the compositions claimed in the '581 Patent, that Defendant knows to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use, as well as any other Accused Products.

249.     Defendant has indirectly infringed and continue to indirectly infringe one of more claims of the '581 Patent by inducing third parties to infringe the '581 Patent and by contributorily infringing the '581 Patent. Specifically, Defendant has actively encouraged and instructed other prospective buyers to use Zydex's accused products in a manner that infringes the '581 Patent.

250.     Defendant has directly infringed the claims of the '581 patent, by the actions described herein.

251.     Defendant's infringement of the '581 Patent is willful.

252.     Defendant will continue to infringe the '581 Patent unless enjoined by this Court.

253.     Plaintiffs have been and continue to be damaged by Defendant's infringement of

the '581 Patent in an amount to be determined at trial.

254.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendant's infringement of the '581 Patent is enjoined by this Court.

255.    Defendant's conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## COUNT VI
## INFRINGEMENT OF THE '446 PATENT

256.    Plaintiffs repeat the allegations of paragraphs 1 through 255 above as fully set forth herein.

257.    Plaintiffs are the owners of the '446 Patent. Plaintiffs possess the right to enforce the '446 Patent and the right to recover for infringement thereof, including damages for any infringement.

258.    Defendant has indirectly infringed and continue to indirectly infringe one or more claims of the '446 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention, as well as any other Accused Products.

259.    Defendant contributorily infringes one or more claims of the '446 Patent by importing, selling, and offering to sell lubricating additives, including but not limited to the ZycoTherm, ZycoTherm SP, ZycoTherm SP2, Zycotherm EZ, and Zycotherm LS products described herein, that are material to making the compositions claimed in the '446 Patent, that

Defendant knows to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use, as well as any other Accused Products.

260.    Defendant has indirectly infringed and continue to indirectly infringe one of more claims of the '446 Patent by inducing third parties to infringe the '446 Patent and by contributorily infringing the '446 Patent. Specifically, Defendant has actively encouraged and instructed other prospective buyers to use Zydex's accused products in a manner that infringes the '446 Patent.

261.    Defendant has directly infringed the claims of the '446 patent, by the actions described herein.

262.    Defendant's infringement of the '446 Patent is willful.

263.    Defendant will continue to infringe the '446 Patent unless enjoined by this Court.

264.    Plaintiffs have been and continue to be damaged by Defendant's infringement of the '446 Patent in an amount to be determined at trial.

265.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendant's infringement of the '446 Patent is enjoined by this Court.

266.    Defendant's conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs request the following:

a.    A judgment that United States Patent No. 10,214,646 was duly and legally issued, is valid, and enforceable;

b.      A judgment that United States Patent No. 7,815,725 was duly and legally issued, is valid, and enforceable;

c.      A judgment that United States Patent No. 9,394,652 was duly and legally issued, is valid, and enforceable;

d.      A judgment that United States Patent No. 7,981,466 was duly and legally issued, is valid, and enforceable;

e.      A judgment that United States Patent No. 8,734,581 was duly and legally issued, is valid, and enforceable;

f.      A judgment that United States Patent No. 9,175,446 was duly and legally issued, is valid, and enforceable;

g.      A judgment that Defendant has infringed one or more claims of the '646 Patent and that such infringement has been willful;

h.      A judgment that Defendant has infringed one or more claims of the '725 Patent and that such infringement has been willful;

i.      A judgment that Defendant has infringed one or more claims of the '652 Patent and that such infringement has been willful;

j.      A judgment that Defendant has infringed one or more claims of the '466 Patent and that such infringement has been willful;

k.      A judgment that Defendant has infringed one or more claims of the '581 Patent and that such infringement has been willful;

l.      A judgment that Defendant has infringed one or more claims of the '446 Patent and that such infringement has been willful;

m.      An injunction enjoining and restraining Defendant, their officers, directors, agents,

servants, employees, attorneys, and all others acting under or through them from directly or indirectly infringing the '646, '725, '652, '466, '581, and '446 Patents;

n.      An injunction enjoining and restraining Defendant, their officers, directors, agents, servants, employees, attorneys, and all others acting under or through them from seeking approval from any governmental or administrative agency authorizing ZycoTherm, ZycoTherm SP, ZycoTherm SP2, ZycoTherm EZ, ZycoTherm LS, or any other substantially similar product from being used in an infringing manner, including but not limited to their use as warm mix additives;

o.      A judgment and order requiring Defendant to pay all damages arising from their infringement of the '646, '725, '652, '466, '581, and '446 Patents, including treble damages for willful infringement pursuant to 35 U.S.C. § 284, with interest;

p.      A determination that this is an exceptional case pursuant to 35 U.S.C. § 285;

q.      A judgment and order directing Defendant to pay the costs and expenses of this action and attorneys' fees pursuant to 35 U.S.C. § 285 and other applicable law, with interest; and

r.      Such further relief as the Court deems just and equitable.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby assert their right to, and hereby demand, a trial by jury of all issues so triable.

Date: February 25, 2025

Respectfully submitted,

*/s/ Emily C. Shanahan*
Emily C. Shanahan (BBO# 643456)
Robert L. Peabody (BBO# 551936)
HUSCH BLACKWELL LLP
One Beacon Street, Suite 1320
Boston, MA 02108
617-598-6700 Telephone
617-720-5092 Facsimile
Emily.Shanahan@huschblackwell.com
Robert.Peabody@huschblackwell.com

Jeffer Ali*
HUSCH BLACKWELL LLP
80 S. Eighth Street
Suite 4800
Minneapolis, MN 55402
612-852-3610 Telephone
612-852-2701 Facsimile
jeffer.ali@huschblackwell.com

Stephen R. Howe*
HUSCH BLACKWELL LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
414-273-2100 Telephone
414-223-5000 Facsimile
steve.howe@huschblackwell.com

*pro hac vice application forthcoming

**Attorneys for Plaintiffs A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.**